IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  06-CR-00459-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW WILLIAMS,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant's motion to remove ankle monitor is granted.


Dated:  May 4, 2007

                                            s/ Jane Trexler, Judicial Assistant